CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
APR 23 2008  for C'Ville
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 3:02-cr-00042 |
| | ) | Civil Action No. 3:07-cv-80000 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| | ) | By: Hon. Norman K. Moon |
| EDISON PILGRIM CRAWFORD. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that respondent's Motion to Dismiss shall be and hereby is **GRANTED**; petitioner's Motion to Amend (docket number 126) is **DENIED**; petitioner's request for an evidentiary hearing is **DENIED**; petitioner's Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255, is **DENIED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to petitioner and to counsel of record for respondent.

**ENTER:** This 23rd day of April, 2008.

/s/ Norman K. Moon
United States District Judge